UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| THE ESTATE OF DAVID SPURLING by LYNN SPURLING, ADMINISTRATRIX and LYNN SPURLING, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> PROGRESSIVE INDUSTRIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) No. 3:03-CV-498 (LEAD CASE) <br> (Shirley) |

## **O R D E R**

These cases are before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 10].

For the reasons set forth in the Court's Memorandum Opinion, filed simultaneously herewith, the Motion for Summary Judgment Filed on Behalf of Activated Metals and Chemicals, Inc. [Doc. 55] is **GRANTED**. Progressive Industries, Inc.'s third-party action against Activated Metals and Chemicals, Inc. is **DISMISSED**.

**IT IS SO ORDERED.**

                                                                                                      **ENTER:**

                                                                                                     s/ C. Clifford Shirley, Jr.
                                                                                               United States Magistrate Judge